# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SANDOZ INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:12-cv-00111-GMN-NJK <br><br> ORDER AMENDING PROTECTIVE <br> ORDER AT DOCKET NO. 42 |

On May 22, 2012, the Court entered a protective order governing, *inter alia*, the filing of confidential materials in this case. Docket No. 42 at Section 6. The Court hereby amends that section of the protective order to add the following regarding the procedures for filing motions to seal:

> If the sole ground for a motion to seal is that the opposing party (or non-party) has designated a document as confidential, the opposing party (or non-party) shall file a declaration establishing good cause for the sealing along with a proposed order, or shall withdraw the designation. The declaration shall be filed within seven days of service on the opposing party (or non-party) of the request for a sealing order. If the declaration is not filed as required, the Court may order the document filed in the public record.

IT IS SO ORDERED.

DATED: October 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge