UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SANDOZ INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:12-cv-00111-GMN-NJK <br><br> ORDER DENYING MOTION <br> FOR STATUS CONFERENCE <br><br> (Docket No. 224) |

Pending before the Court is the parties' joint motion for status conference. Docket No. 224. The parties state that they request a status conference to discuss management of the case, as the summary judgment motions are fully briefed. *Id.*, at 2. After the motion was filed, however, Chief United States District Judge Gloria M. Navarro struck Plaintiffs' Motions for Summary Judgment, granted leave for Defendant to file a Motion for Summary Judgment, and extended the deadline to file until June 20, 2014. Docket No. 225. Therefore, the parties' dispositive motions - their basis for requesting a status conference - are not fully briefed at this time. Accordingly, the Court **DENIES** the parties' joint motion for status conference without prejudice.

IT IS SO ORDERED.

DATED: June 9, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge