UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SPECTRUM PHARMACEUTICALS, INC.
and UNIVERSITY OF STRATHCLYDE

           Plaintiff,

vs.

          District No.   2:12-cv-0111 GMN NJK

SANDOZ, INC.

           Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On January 8, 2015 this court received transcripts order forms dated January 6 and 7, 2015 requesting Transcript of a hearing held on January 6, 2015 from Michael McCue, counsel for the Plaintiff, and Mike Felmar, counsel for Defendant in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Plaintiff's and Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's and Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this ___8___ day of January, 2015.

_____
GLORIA M NAVARRO
United States District Chief Judge