THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>SANDOZ, INC.,<br><br>          Defendant. | 2:12-cv-00111-GMN-NJK<br><br>MINUTES OF THE COURT<br><br>DATED: January 12, 2015 |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Michael Zadina     COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Michael McCue, Amanda Antons, Mark Izraelewicz, and Thomas Ross

COUNSEL FOR DEFENDANT: David Doyle, Anders Aannestad, Eric Acker, and Rochelle Dede

MINUTES OF PROCEEDINGS: Bench Trial (Day 1)

8:38 a.m.  Court convenes.

**IT IS ORDERED** that Defendant's Motion to Seal Stipulation (#337) is granted.

Copies of Plaintiff's demonstrative exhibits submitted.

Opening statements are presented by Mr. Izraelewicz on behalf of the Plaintiff.

9:43 a.m.  The Court stands at recess.

9:51 a.m.  The Court reconvenes.

Opening statements are presented by Mr. Doyle on behalf of the Defendant.

**Colin J. Suckling, Ph. D.,** called on behalf of the Plaintiff, is sworn and testifies on direct examination by Mr. Izraelewicz.
***Exhibits 1-23, 36, 383, 395, 409, 434,  2000-2014, 2020, 2082 marked and admitted.***

11:16 a.m.  The Court stands at recess.

11:49 a.m.  The Court reconvenes.

**Colin J. Suckling, Ph. D.**, having previously been sworn, further testifies on direct examination by Mr. Izraelewicz**.**

1:24 p.m.  The Court stands at recess.

1:44 p.m.  The Court reconvenes.

**Colin J. Suckling, Ph. D.**, having previously been sworn, further testifies on cross examination by Mr. Acker, re-direct examination by Mr. Izraelewicz, then excused.
*Exhibits 526, 752, 533, 404, 515, 616, 1004 marked and admitted.*

**IT IS HEREBY ORDERED** the bench trial in this matter is continued to **Tuesday, January 13, 2015, at 8:30 a.m.**

2:37 p.m.  Court adjourns.

                                                              LANCE S. WILSON, CLERK
                                                              U.S. DISTRICT COURT

                                                              BY:           /S/
                                                              Michael Zadina, Deputy Clerk