THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC.,<br><br>                 Plaintiff,<br><br>vs.<br><br>SANDOZ, INC.,<br><br>                 Defendant. | 2:12-cv-00111-GMN-NJK<br><br>MINUTES OF THE COURT<br><br>DATED: January 16, 2015 |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Michael Zadina      COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Michael McCue, Amanda Antons, Mark Izraelewicz, and Thomas Ross

COUNSEL FOR DEFENDANT:   David Doyle, Anders Aannestad, Eric Acker, James Cekola, and John Lanham

MINUTES OF PROCEEDINGS: Bench Trial (Day 4)

1:08 p.m.  Court convenes.

**IT IS ORDERED** that Plaintiffs' Motion in Limine (#350) is denied without prejudice.

*Exhibits 264, 2083, 2084, 149 marked and admitted.*

*Exhibit 417 is withdrawn and will be resubmitted in an abbreviated format.*

*Plaintiff rests its rebuttal case.*

*Exhibits 1029, 1030, 1031 marked and admitted.*

**James E. Krook, MD.**, called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Cekola, cross examination by Ms. Antons, re-direct examination by Mr. Cekola then excused.
*Exhibits 832, 822, 711, 609, 823, 831, 607 marked and admitted.*

**Ryan Sullivan, Ph. D.**, called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Lanham.
*Exhibits 885, 602, 611, 854 marked and admitted.*

3:27 p.m.  The Court stands at recess.

3:43 p.m.  The Court reconvenes.

**Ryan Sullivan, Ph. D.**, having previously been sworn, further testifies on cross examination by Mr. Ross, re-direct examination by Mr. Lanham, then excused.

*Defendant rests its case.*

The Court makes inquiry and hears representations of counsel regarding the timeline for making a decision in the case.

**IT IS ORDERED** that the parties are directed to file their post-trial briefs on or before **Friday, February 13, 2015**.  A status hearing is set for **Thursday, March 5, 2015, at 11:30 a.m.**

**IT IS ORDERED** the bench trial in this matter is continued to **Tuesday, January 20, 2015, at 1:00 p.m.**

4:24 p.m.  Court adjourns.

LANCE S. WILSON, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Michael Zadina, Deputy Clerk