THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC., <br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SANDOZ, INC.,<br><br>　　　　　　Defendant. | 2:12-cv-00111-GMN-NJK<br><br>MINUTES OF THE COURT<br><br>DATED: January 20, 2015 |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Michael Zadina　　COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Michael McCue, Amanda Antons, Mark Izraelewicz, and Thomas Ross

COUNSEL FOR DEFENDANT: David Doyle, Anders Aannestad, Eric Acker, and James Cekola

MINUTES OF PROCEEDINGS: Bench Trial (Day 5)

1:04 p.m.  Court convenes.

Closing arguments are presented by Mr. Doyle on behalf of the Defendant.

1:40 p.m.  The Court stands at recess.

1:46 p.m.  The Court reconvenes.

Closing arguments are presented by Mr. Izraelewicz on behalf of the Plaintiff.

Rebuttal closing arguments are presented by Mr. Doyle on behalf of the Defendant.

The Court takes the matter under submission.  **IT IS ORDERED** that the parties are directed to file their post-trial briefs on or before **Friday, February 13, 2015**.  A status hearing is set for **Thursday, March 5, 2015, at 11:30 a.m.**

2:49 p.m.  Court adjourns.

　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT

　　　　　　　　　　　　　　　　　　　　　　BY:　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　Michael Zadina, Deputy Clerk