UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. and UNIVERSITY OF STRATHCLYDE,<br><br>        Plaintiff(s),<br><br>vs.<br><br>SANDOZ INC.,<br><br>        Defendant(s). | Case No. 2:12-cv-00111-GMN-NJK<br><br>ORDER<br><br>(Docket No. 390) |

Pending before the Court is Plaintiff Spectrum's unopposed motion to stay costs and petition for attorney fees. Docket No. 390. Specifically, Spectrum requests that the Court stay the deadlines for any taxation of costs and petition for attorney fees pursuant to Local Rule 54-1 and/or Local Rule 54-6, until after resolution of the appeal. *Id.* Alternatively, the parties request a three-week extension of time for the submission of costs or petition for attorney fees. *Id.* Spectrum represents that Defendant is currently a "prevailing party," and thus may be entitled to court costs or reasonable attorney fees. *Id.* Thus, Spectrum requests the stay because it asserts that a substantial likelihood exists that Spectrum's appeal of the decision and judgment entered on February 20, 2015, will be successful, in which event the qualifying "prevailing party" may change. *Id.*, at 2. Accordingly, Plaintiff Spectrum's unopposed motion to stay costs and petition for attorney fees (Docket No. 390) is **GRANTED**. The deadline for the submission of costs or petition for attorney fees shall be stayed until after resolution of the appeal.

IT IS SO ORDERED.

DATED: March 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge