James J. Pisanelli (Bar No. 4027)
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
702.214.2100 (phone)
702.214.2101 (facsimile)
jjp@pisanellibice.com

David C. Doyle (admitted *pro hac vice*)
Eric M. Acker (admitted *pro hac vice*)
Brian M. Kramer (admitted *pro hac vice*)
James J. Cekola (admitted *pro hac vice*)
John R. Lanham (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
858.720.5100 (phone)
858.720.5125 (facsimile)
DDoyle@mofo.com
EAcker@mofo.com
BMKramer@mofo.com
JCekola@mofo.com
JLanham@mofo.com

Attorneys for Defendant
SANDOZ INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPECTRUM PHARMACEUTICALS, INC. AND UNIVERSITY OF STRATHCLYDE,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant and Counterclaimant. | CASE NO. 2:12-cv-00111-GMN-NJK<br><br>**JOINT MOTION REGARDING DEADLINE TO SEEK ATTORNEY FEES AND COSTS**<br><br>**(Second Request for Extension)** |

The deadlines for Sandoz Inc. ("Sandoz") to seek taxation of costs or petition for attorney fees were previously stayed by the Court until after resolution of the appeal by Spectrum Pharmaceuticals, Inc. and the University of Strathclyde (collectively, "Spectrum"). (Doc. No. 391.) Spectrum's appeal has now been resolved, and Sandoz and Spectrum respectfully request that the court reset these deadlines for March 31, 2016. The relief requested by this motion will serve the interest of judicial efficiency and will allow the parties time to negotiate an agreement on the amounts.

**MEMORANDUM IN SUPPORT OF MOTION**

On March 5, 2015, Spectrum filed an Unopposed Motion to Stay Costs and Petition for Attorney Fees. (Doc. No. 390.) Spectrum's Unopposed Motion requested that the Court either (1) stay taxation of costs and any petition for attorney fees until after resolution of the appeal of the Court's judgment or (2) grant a three week extension of time for Sandoz to seeks costs and fees. The Court granted Spectrum's Unopposed Motion, holding that "[t]he deadline for submission of costs or petition for attorney fees shall be stayed until after resolution of the appeal." (Doc. No. 391.)

On October 2, 2015, a panel of the Federal Circuit affirmed this Court's judgment. Spectrum timely petitioned for rehearing *en banc*. On February 12, 2016, the Federal Circuit denied Spectrum's petition, and set its mandate to issue February 19, 2016. On February 25, 2016, this Court signed an order spreading the Federal Circuit's mandate. (Doc. No. 396.) The parties agree that the Court order spreading the appellate mandate effectively resolved Spectrum's appeal. Accordingly, the parties believe that the stay of the deadline for submission of costs or petition for attorney fees should expire.

The parties have engaged in discussions directed to resolving the issues of costs and attorney fees without judicial intervention. The parties are hopeful that they can resolve these issues without Sandoz seeking taxation of costs or moving for attorney fees. Accordingly, the parties respectfully request an extension of the 14 day period that would ordinarily apply to these filings under the Federal Rules of Civil Procedure and the Local Rules, so that the parties may continue discussions.

The parties request that the Court set a March 31, 2016, deadline for Sandoz to file a bill for taxation of costs and/or file a motion claiming attorney fees.

Respectfully submitted,

Dated this 4th day of March, 2016.                    Dated this 4th day of March, 2016.

By: /s/ Brian M. Kramer                               by: /s/ Thomas I. Ross
David C. Doyle (admitted *pro hac vice*)              Mark H. Izraelewicz (admitted *pro hac vice*)
Eric M. Acker (admitted *pro hac vice*)               Thomas I. Ross (admitted *pro hac vice*)
Brian M. Kramer (admitted *pro hac vice*)             Kevin M. Flowers (admitted *pro hac vice*)
James J. Cekola (admitted *pro hac vice*)             Matthew C. Nielsen (admitted *pro hac vice*)
John R. Lanham (admitted *pro hac vice*)              John R. Labbé (admitted *pro hac vice*)
MORRISON & FOERSTER LLP                               Cullen N. Pendleton (admitted *pro hac vice*)
12531 High Bluff Drive                                Amanda K. Antons (admitted *pro hac vice*)
San Diego, California  92130-2040                     MARSHALL, GERSTEIN & BORUN LLP
                                                      233 South Wacker Drive, 6300 Willis Tower
AND                                                   Chicago, Illinois  60606

James J. Pisanelli, Esq., #4027                       AND
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101                               Michael J. McCue, Esq., #6055
                                                      Jonathan W. Fountain, Esq., #10351
*Attorneys for Sandoz Inc.*                           3993 Howard Hughes Parkway, Suite 600
                                                      Las Vegas, Nevada  89169

                                                      *Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated: March 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on March 4, 2016, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. The document served is:

**JOINT MOTION REGARDING DEADLINE TO SEEK ATTORNEY FEES AND COSTS (Second Request for Extension)**

Executed this 4th day of March, 2016, at San Diego, California.

/s/  Brian M. Kramer
Brian M. Kramer